THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH SPOSIE and NICK VASILAKIS, Appellants, v. GUY B. MOORE and Another, Respondents.— Order affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

A. STANLEY COPELAND, Appellant, v. JAMES W. HIGGINS, Police Commissioner of Buffalo, N. Y., Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Intermediate Judicial Settlement of the Account of the UNION TRUST COMPANY OF ROCHESTER, as Executor, etc., of ROBERT J. STRASENBURGH, Deceased.— Decree, so far as appealed from affirmed, with costs payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edg-. comb and Crosby, JJ.

JOSEPH PERSICO and ADELINE ROSATO, as Administratrix, etc., of GUISEPPE ROSATO, Deceased, Appellants, v. HATTIE L. GUERNSEY and Others, Respondents. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [129 Misc. 190.]

NELSON J. PALMER and Another, Copartners, Doing business under the Firm Name of PALMER & ROWE, Respondents, v. ATLANTIC & PACIFIC PACKING Co., INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LUCY A. DEVENDORF, Appellant, v. HARRY S. ANDREWS, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELEN HARRINGTON, as Administratrix, etc., of MARTIN HARRINGTON, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that there is a failure to show actionable negligence on the part of the defendant as a cause of contributing cause of the death of plaintiff's intestate, and the plaintiff's intestate assumed the risk. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NORTH BRITISH AND MERCANTILE INSURANCE COMPANY, LIMITED, Appellant, v. EDNA A. CARLSON UBER, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EARL CUMMINGS, Respondent, v. BERNARD DELEHANTY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor Edgcomb and Thompson, JJ.

JOSEPH CUMMINGS, by SADIE CUMMINGS, His Guardian ad Litem, Respondent, v. BERNARD DELEHANTY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FILIPO PENNA, Appellant, v. JAMES KELLY, Defendant, and JOHN F. BURKE, as Receiver of the Property of HAMBURG RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. .